# LOCAL BANKRUPTCY FORM 9014-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

| IN RE:  Tiffany Heinly | CHAPTER Thirteen |
|---|---|
| Debtor | Case Number **22-13435-pmm** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Spring House at Brandywine Borrower, LLC by and through its attorney, Jénel R. Marraccini, Esquire, has filed a "Motion for Relief from the Automatic Stay to permit Spring House at Brandywine Borrower, LLC to proceed with an Eviction for 216 Stone Fence Road, West Chester, PA 19382 with the court for leave to bring action for possession of the property and/or eviction of the Debtor.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 22, 2023 all of the following:

    (a)    File an answer explaining your position at:

Office of the Clerk
United States Bankruptcy Court
900 Market St # 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the Movant's attorney:

Jénel R. Marraccini, Esquire
COHEN MARRACCINI, LLC
660 Second Street Pike
Southampton, PA 18966
Phone No. (215) 887-8100
Fax No. (215) 887-8732

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the **Honorable Patricia M. Mayer** on November 29, 2023 at 1:00 p.m., in Philadelphia at 900 Market Street, Courtroom #1. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:
November 15, 2023

COHEN MARRACCINI, LLC

/s/ Jénel R. Marraccini

BY: _____
JÉNEL R. MARRACCINI, ESQUIRE
Attorney for Movant
660 Second Street Pike
Southampton, PA 18966
(215)887-8100